**Order entered December 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00568-CV

### BANK OF TEXAS N.A., Appellant

### V.

### COLLIN CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03397-2016**

## ORDER

Before the Court is appellant's December 2, 2019 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **January 13, 2020**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE